AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 3:20-mj-00137-1 |
| JAMES DONALD COOLEY | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 18, 2020 in the county of Columbia in the District of Oregon and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a) | On or about May 18, 2020, defendant JAMES DONALD COOLEY did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away a person, identified as LMS, and willfully transported her in interstate and foreign commerce from Illwaco, Washington, to Rainier, Oregon, and did hold her for ransom, reward and otherwise; In violation of Title 18, United States Code, 1201(a). |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Landon Berryman

☑ Continued on the attached sheet.

*(By phone)*
Complainant's signature

Special Agent Landon Berryman, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:45 a.m./p.m.

Date: 6/17/2020

Judge's signature

City and state: Portland, Oregon

STACIE F. BECKERMAN, U.S. Magistrate Judge
Printed name and title